UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRYANT COOLEY,<br><br>              Defendant. | No. 25-CR-150<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

       The Government is directed to contact legal counsel at the Metropolitan Correctional Facility and provide a status letter by 5:00 p.m. on Mr. Cooley's condition, when he can be expected to be produced to Court and if the Court can be of any assistance.

SO ORDERED.

Dated:    April 10, 2025
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge